```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  EASTERN DIVISION
```

```
THE CINCINNATI INSURANCE        *
COMPANY,
                                *
        Plaintiff,
                                *
vs.                                 CASE NO. 3:16-cv-369-CDL-GMB
                                *
THE LISLE COMPANY, et al.,
                                *
        Defendants,
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on December 7, 2016. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

SO ORDERED, January 9, 2017.

```
                        s/Clay D. Land
                        CLAY D. LAND
                        U.S. DISTRICT JUDGE
```