IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | CASE NO. 3:16-cv-00369-CDL-GMB |
| vs. | * | |
| THE LISLE COMPANY, *et al.*, | * | |
| Defendants, | | |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on May 18, 2017 (Doc. 59). Neither party has filed an objection to the Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court ADOPTS the Recommendation of the Magistrate Judge (Doc. 59) making it the order of this Court. Accordingly, Plaintiff Cincinnati Insurance Company's Motion for Default Judgment Against Defendants Terrell Lisle, Sr. and Sabra Lisle (Doc. 49) is DENIED.

SO ORDERED, this June 14, 2017.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE